**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-09438-DRC |
| | § | |
| DONNA J JONES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at1 9:30  on January 10, 2014  in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | |
|---|---|
| Date Mailed:   11/20/2013 | By:   /s/ David E. Grochocinski |
| | Trustee |

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-09438-DRC |
| | § | |
| DONNA J JONES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $60,000.00
*and approved disbursements of* $28,528.46
*leaving a balance on hand of[1]:* $31,471.54

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $31,471.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $5,250.00 | $0.00 | $5,250.00 |
| David E. Grochocinski, Trustee Expenses | $85.00 | $0.00 | $85.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $5,098.00 | $0.00 | $5,098.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $69.75 | $0.00 | $69.75 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $2,000.00 | $0.00 | $2,000.00 |
| CLERK OF THE US BANKRUPTCY COURT, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |

Total to be paid for chapter 7 administrative expenses: $12,795.75
Remaining balance: $18,675.79

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $18,675.79 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $18,675.79 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $34,073.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 54.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $9,589.67 | $0.00 | $5,256.06 |
| 2 | PYOD, LLC its successors and assigns as assignee | $24,484.24 | $0.00 | $13,419.73 |

|  | Total to be paid to timely general unsecured claims: | $18,675.79 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

UST Form 101-7-NFR (10/1/2010)

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David E. Grochocinski
             Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 12-09438-DRC
Donna J Jones  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1  User: rgreen  Page 1 of 2  Date Rcvd: Nov 21, 2013
                    Form ID: pdf006  Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2013.
```
db          #+Donna J Jones,    1327 Pennsboro Court,    Carol Stream, IL 60188-9030
18599496     +ATG Credit, LLC,    P.O. Box 14895,    Chicago, IL 60614-8542
18599494     +Adventist Hinsdale Hospital,    P.O. Box 1965,    Southgate, MI 48195-0965
18599495     +Alexian Brothers Medical Group,    3040 Salt Creek Lane,    Arlington Heights, IL 60005-1069
18599497     +Blatt, Hasenmiller, Leibsker & Moor,    125 South Wacker Dr, St. 400,    Chicago, IL 60606-4440
18599498     +Captial One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
18599499      Cardiovascular Associates,    Dept. 20 1027 PO Box 5940,    Carol Stream, IL 60197
18599500     +Chase,    Cardmember Service,    P.O. box 15153,    Wilmington, DE 19886-5153
18599501     +Chase Home Finance LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
18599502     +Citi Cards,    P.O. Box 6000,    The Lakes, NV 89163-0001
18599504     +DRS. Kane, Misawa, Spiess & Nguyen,    33 W. Higgins Rd., Ste. 820,    Barrington, IL 60010-9136
18599505     +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
18599506     +HSBC Mitsubishi,    P.O. Box 5253,    Carol Stream, IL 60197-5253
18599507     +MEA Elk Grove LLC,    P.O. Box 5964,    Carol Stream, IL 60197-5964
18599508     +Midwest Pulmonary Assoc,    2340 S. Highland Ave.,    Suite 230,    Lombard, IL 60148-5374
18599509    #+Revenue Cycle Solutions Inc.,    P.O. Box 361230,    Birmingham, AL 35236-1230
18599510     +Suburban Surgical Care Specialist,    4885 Hoffman Blvd. Ste. 400,
               Hoffman Estates, IL 60192-3727
18599511     +TCF National Bank,    P.O. Box 1485,    Minneapolis, MN 55480-1485
18599512     +Union Plus Credit Card,    P.O. Box 88000,    Baltimore, MD 21288-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18599493     +E-mail/Text: abcrecoveryinc@aol.com Nov 22 2013 01:42:59     ABC Credit & Recovery Services,
               P.O. Box 3722,    Lisle, IL 60532-8722
18599503      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2013 01:48:05     Discover Financial Services,
               P.O. Box 15316,    Wilmington, DE 19850
19246020      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2013 01:48:05     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19455956     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2013 01:41:15
               PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
20723486      E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2013 01:41:22
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2013                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2013 at the address(es) listed below:
        Ariane Holtschlag   on behalf of Plaintiff David E Grochocinski aholtschlag@wfactorlaw.com, gsullivan@wfactorlaw.com
        Ariane Holtschlag   on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com, gsullivan@wfactorlaw.com
        David E Grochocinski   on behalf of Accountant  Horewitch, Alan, Scott, Horewitch, Pidgeon & Abrams LLC dgrochocinski@innovalaw.com, deg@trustesolutions.net
        David E Grochocinski   on behalf of Trustee David E Grochocinski lawyers@innovalaw.com, lawyers@innovalaw.com
        David E Grochocinski   dgrochocinski@innovalaw.com, deg@trustesolutions.net

```
District/off: 0752-1          User: rgreen                 Page 2 of 2              Date Rcvd: Nov 21, 2013
                              Form ID: pdf006              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          David E Grochocinski   on behalf of Plaintiff David E Grochocinski lawyers@innovalaw.com, lawyers@innovalaw.com
          Kathleen M. McGuire   on behalf of Plaintiff David E Grochocinski kmcguire@innovalaw.com, kmmcguirelaw@sbcglobal.net
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Rocio Herrera   on behalf of Creditor   Resurgent Capital Services, L.P. rocio@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com
          Veronica D Joyner   on behalf of Debtor Donna J Jones vdjoyner@joynerlawoffice.com
                                                                                       TOTAL: 10